ROBERT R. DEERING (SBN 258043)
rdeering@jsupplelaw.com
AARON T. SCHULTZ (SBN 222949)
aschultz@jsupplelaw.com
**J SUPPLE LAW**
**A Professional Corporation**
899 Northgate Drive, Suite 500
San Rafael, CA  94903
Telephone: (415) 366-5533
Facsimile: (415) 480-6301

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA *(erroneously named herein as UCSF DENTAL)*, KRISTI ABRAHAMSEN, SUPRITHA KOMARISETTY and MARIAM ABUSHARAR *(erroneously named HEREIN AS MARIAM Z2640)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall A. Wexler,<br><br>          Plaintiff,<br><br>vs.<br><br>UCSF DENTAL, an entity; Kristi Abrahamsen, RDA DAADOM; Supritha Komarisetty; Mariam z2640; Individual Dentists and Supervisors (Does 1-12)<br><br>          Defendants. | Case No. 3:25-CV-00377-TLT<br><br>**DEFENDANTS' CASE MANAGEMENT STATEMENT**<br><br>Date:     October 16, 2025<br>Time:    2:00 PM<br>Dept:     Courtroom 9, 19th Floor<br>              San Francisco<br>              Via Zoom<br><br>Complaint Filed: January 11, 2025 |

Pursuant to the Court's Local Rule of Civil Procedure 16-9 and the Standing Order for all Judges of the Northern District of California, Defendants submit the following case management statement.

///

## JURISDICTION AND SERVICE

Plaintiff filed the operative complaint on January 11, 2025, and named UCSF Dental, Kristi Abrahamsen, Supritha Komarisetty, Mariam z2640 as named defendants. ECF No. 1. On April 28, 2025, The Regents of the University of California (hereafter "The Regents", and erroneously named in the Complaint as UCSF Dental) filed a Motion to Dismiss the Complaint. ECF No. 13. The Court granted The Regents' Motion to Dismiss on June 12, 2025. ECF No. 17. On June 28, 2025, Plaintiff filed a Motion for Leave to Amend. ECF No. 20. On July 15, 2025, the Court denied Plaintiff's Motion for Leave to Amend. ECF No. 22. Therefore, as of the date of the filing of this Motion, the operative complaint remains the original complaint filed on January 11, 2025.

Named Defendants Kristi Abrahamsen, Supritha Komarisetty, and Mariam Abusharar (erroneously named herein as Mariam Z2640) have all appeared by filing a Motion to Dismiss on August 12, 2025 . ECF No. 25. The Regents remain dismissed from this action.

The remaining Defendants agree that this Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1367. The Defendants agree that venue is proper under 28 U.S.C. §§ 1391(b)(1) and (b)(2).

## FACTS

This case arises out of a visit Plaintiff made to The Regents' UCSF Dental Clinic on July 9, 2024. During this visit Plaintiff was seen by UCSF dental student, Dr. Abrahamsen. Dr. Abrahamsen performed an examination of Plaintiff, which included standard periodontal probing. Present during this exam was UCSF dental student, Dr. Abusharar who charted the periodontal findings. In his complaint Plaintiff alleges that he was subjected to discriminatory comments based on race and ethnicity by the unserved dental staff at the clinic. Plaintiff also alleges that he was subjected to a painful and unnecessary periodontal exam.

After leaving, the next day Plaintiff called the UCSF clinic and spoke to Defendant Kristi Abrahamsen made a complaint concerning his care.

**LEGAL ISSUES**

Defendants have challenged the Complaint pursuant to FRCP 12(b)(6) on the grounds that the allegations in the Complaint fail to support the stated causes of action. Defendant ahs also moved to strike, pursuant to FRCP 12(f), the claims for punitive damages, restitution and disgorgement, and for attorney fees.

**MOTIONS**

Defendants have a pending Motion to Dismiss and Motion to Strike pending, which are scheduled to be heard on January 20, 2026

**AMENDMENT OF PLEADINGS**

Defendants have not sought to amend the pleadings, however, Plaintiff has made two motion for leave to amend, both of which were denied.

**EVIDENCE PRESERVATION**

Defendants are aware of their duty to preserve evidence and will take steps to preserve all potentially relevant evidence.

**DISCLOSURES/DISCOVERY**

Initial disclosures have not been served. Defendants request that discovery be stayed until the Motion to Dismiss has been decided.

**CLASS ACTIONS**

This is not a class-action matter.

**RELATED CASES**

None.

**RELIEF**

Defendants seek an award of costs.

**SETTLEMENT OR ADR**

Defendants do not believe settlement discussions will be fruitful until the court has an opportunity to rule on dispositive motions.

**OTHER REFERENCES**

None.

J SUPPLE LAW, PC
899 Northgate Drive, Suite 500
San Rafael, CA 94901

**NARROWING OF ISSUES**

The issues may be narrowed through motion practice.

**EXPEDITED TRIAL PROCEDURE**

Defendants do not request an expedited schedule at this time.

**SCHEDULING**

Defendants propose the following schedule:

| Item | Proposed Dates |
|---|---|
| Fact Discovery Cut-off | August 31, 2026 |
| Initial Expert Disclosures | September 30, 2026 |
| Rebuttal Expert Disclosures | October 30, 2026 |
| Expert Discovery Cut-Off | December 1, 2026 |
| Deadline to File Dispositive Motions | December 21, 2026 |
| Deadline to Hear Dispositive Motions | February 1, 2027 |
| ADR Cut-Off | April 15, 2027 |
| Pretrial Conference Statement | May 24, 2027 |
| Pretrial Conference | June 1, 2027 |
| Jury Trial | June 14, 2027 |

**TRIAL**

Defendants demand a jury trial, expected to last approximately 7 days.

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Defendants: The Regents of the University of California.

///

///

**PROFESSIONAL CONDUCT**

    Counsel for Defendants has reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: October 9, 2025

J SUPPLE LAW
A Professional Corporation

By: */s/ Aaron T. Schultz*
      ROBERT DEERING
      AARON T. SCHULTZ

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA *(erroneously named herein as UCSF DENTAL)*, KRISTI ABRAHAMSEN, SUPRITHA KOMARISETTY and MARIAM ABUSHARAR *(erroneously named HEREIN AS MARIAM Z2640)*

Re: *Marshall A. Wexler vs. UCSF DENTAL, an entity, et al.*
USDC, N.D.Cal. Case No: 3:25-CV-00377

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America, over the age of eighteen years, and not a party to the within action. My business address is J SUPPLE LAW, PC, 899 Northgate Drive, Suite 500, San Rafael, CA 94903. The foregoing document was served on all counsel who have consented to electronic service via the Court's **CM/ECF** system.

### DEFENDANTS' CASE MANAGEMENT STATEMENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 9, 2025

*/s/ Nolene Chetty*
_____
NOLENE CHETTY

-1-
PROOF OF SERVICE

J SUPPLE LAW, PC
899 Northgate Drive, Suite 500
San Rafael, CA 94901